Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.
d/b/a Integrated Sports Media

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC. d/b/a INTEGRATED SPORTS MEDIA,<br><br>Plaintiff,<br><br>vs.<br><br>HORACIO FERRARI, et al,<br><br>Defendants. | CASE NO. 2:22-cv-06228-TJH-PLAx<br><br>ORDER GRANTING STIPULATION OF DISMISSAL [JS-6] |

**IT IS HEREBY STIPULATED** by and between Plaintiff Innovative Sports Management, Inc. d/b/a Integrated Sports Media, and Defendants **Horacio Ferrari** and **Lala's Studio City, Inc.**, that the above-entitled action is hereby dismissed *with prejudice* against **Horacio Ferrari** and **Lala's Studio City, Inc.,** *and in its entirety*.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____    Dated: NOVEMBER 28, 2022
**The Honorable Terry J. Hatter, Jr.
United States District Judge
Central District of California**

///

///

///

///

///

///

///

///

///

///

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On November 28, 2022, I caused to serve the following documents entitled:

[Proposed] ORDER GRANTING STIPULATION OF DISMISSAL

On all parties in said cause by mailing same to the defendant's counsel at the following address(es):

| | |
|---|---|
| Mr. Doug Silverstein, Esquire<br>**KESLUK, SILVERSTEIN, JACOB & MORRISON, P.C.**<br>9255 Sunset Blvd., Suite 411<br>West Hollywood, CA 90069 | (Attorneys for Defendants Horacio Ferrari and Lala's Studio City, Inc.) |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 28, 2022, at South Pasadena, California.

Dated: November 28, 2022        */s/ Leticia Estrada*
                                **LETICIA ESTRADA**

///
///
///
///
///